IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JANIS SHUMWAY, <br><br> Plaintiff, <br><br> v. <br><br> PERRY LANE OWNER LLC, <br><br> Defendant. | CIVIL ACTION NO.: 4:21-cv-10 |

**O R D E R**

Before the Court is the Joint Stipulation of Dismissal With Prejudice filed on March 26, 2021, by counsel for Plaintiff and counsel for Defendant. (Doc. 15.) The parties stipulate to the dismissal, with prejudice, of "all claims, disputes, and controversies between Plaintiff and Defendant," and they state that each party will bear its own attorney's fees, costs and expenses. (Id.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court **DISMISSES** this action with prejudice. The Clerk is hereby authorized and directed to **TERMINATE** all pending motions and to **CLOSE** this case.

**SO ORDERED**, this 31st day of March, 2021.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA